IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

BRUCE WORREL,

        Plaintiff,

 vs.                         **Case No. 11-2056-RDR**

DVA HEALTHCARE RENAL CARE, INC.
d/b/a LENEXA DAVITA,

        Defendant.

O R D E R

The court has been advised that the above-captioned matter has been resolved. Upon application of the parties, the Court hereby dismisses this cause of action with prejudice with each party to pay their own court costs and attorney's fees.

**IT IS SO ORDERED.**

Dated this 14th day of November, 2011 at Topeka, Kansas.

                                                s/Richard D. Rogers
                                                United States District Judge